MONICA R. THOMPSON (031575)
DENTONS US LLP
2398 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (602) 508-3900
monica.thompson@dentons.com

*Attorneys for Defendant Allstate Fire and*
*Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Morgan Muehlhausen, an individual, Berenice Gaytan, an individual, Russell Wood, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Fire and Casualty Insurance Company, an Illinois corporation,<br><br>Defendant. | Case 2:22-cv-01747-JAT<br><br>**DEFENDANT ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |
| --- | --- |

Pursuant to LR CIV 7.3, Defendant Allstate Fire and Casualty Insurance Company respectfully requests an extension of 30 days to file a responsive pleading to Plaintiffs' Class Action Complaint (Dkt. 1).

Defendant's response is currently due on November 9, 2022. Defendant requests an additional 30 days, to and including December 9, 2022, to submit its responsive pleading to Plaintiffs' Class Action Complaint. Counsel for Defendant has met and conferred with counsel for Plaintiffs, who has consented to the extension requested herein. This Request is made in good faith and not for purposes of delay. Defendant therefore respectfully requests that this Court grant its motion for extension of time.

US_ACTIVE\122622947\V-1

DENTONS US LLP
2398 EAST CAMELBACK ROAD, SUITE 850
PHOENIX, ARIZONA 85016-9007
(602) 508-3900

Dated: November 4, 2022

DENTONS US LLP

By: */s/ Monica R. Thompson*
MONICA R. THOMPSON
DENTONS US LLP
2398 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (602) 508-3900
monica.thompson@dentons.com

*Attorneys for Defendant Allstate Fire and Casualty Insurance Company*

US_ACTIVE\122622947\V-1