**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Morgan Muehlhausen, et al., | No. CV-22-01747-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

**IT IS ORDERED** that the Unopposed Motion for Extension of Time (Doc. 10) is granted. Defendant Allstate Fire and Casualty Insurance Company's time to submit its responsive pleading to Plaintiffs' Class Action Complaint is extended through and including December 9, 2022.

Dated this 4th day of November, 2022.

James A. Teilborg
Senior United States District Judge