# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Muehlhausen, et al., | No. CV-22-01747-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

**IT IS ORDERED** granting Defendant's unopposed motion to stay this case (Doc. 12).  This case is stayed pending the outcome of the Arizona Supreme Court's response to the certified questions in: *Franklin v. CSAA*, CV 22-540-PHX-JJT.

**IT IS FURTHER ORDERED** that within 7 days of the Arizona Supreme Court either declining to accept certification or answering the certified questions (whichever is first), Defendant shall file a copy of the Arizona Supreme Court's decision in this case. Upon the filing of this copy, the stay in this case shall be automatically lifted.

**IT IS FURTHER ORDERED** that within 14 days of the Arizona Supreme Court either declining to accept certification or answering the certified questions (whichever is first), Defendant shall answer or otherwise respond to the complaint.

/ / /

/ / /

/ / /

/ / /

**IT IS FINALLY ORDERED** that, if by May 1, 2023, the stay has not been lifted in this case, Defendant shall file a status report informing the Court of the status of *Franklin v. CSAA*.

Dated this 1st day of December, 2022.

James A. Teilborg
Senior United States District Judge