**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Morgan Muehlhausen, et al., | No. CV-22-01747-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

On November 4, 2022, this Court granted Defendant's unopposed motion for extension of time to respond to the complaint. On December 1, 2022, this Court granted Defendant's unopposed motion to stay and extended the time to respond to the complaint to August 11, 2023 (14 days after the ruling of the Arizona Supreme Court).

In their notice of status, the parties have stipulated to further extend the time for Defendant to answer or otherwise respond to the complaint to August 21, 2023. The Court will grant this stipulation. However, the parties are cautioned that there will be NO FURTHER EXTENSIONS of this deadline.

Accordingly,

**IT IS ORDERED** that the stay (Doc. 14) is lifted.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the stipulation for extension of time for Defendant to respond to the complaint (part of Doc. 16) is granted.  Defendant shall answer or otherwise respond to the complaint by August 21, 2023.

Dated this 4th day of August, 2023.

James A. Teilborg
Senior United States District Judge