Robert B. Carey (SBN 011186)
John M. DeStefano (SBN 025440)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email:  rob@hbsslaw.com
Email:  johnd@hbsslaw.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Muehlhausen, an individual, Berenice Gaytan, an individual, Russell Wood, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Fire and Casualty Insurance Company, an Illinois Corporation,<br><br>Defendant. | Case No. 2:22-cv-01747-JAT<br><br>**PLAINTIFFS' REQUEST TO APPEAR REMOTELY FOR SEPTEMBER 21, 2023 SCHEDULING CONFERENCE**<br><br>(Assigned to the Honorable James A. Teilborg) |

Plaintiffs' counsel, Robert B. Carey, respectfully requests leave to appear remotely at the Scheduling Conference set for September 21, 2023 at 3:00 p.m. Mr. Carey is not able to attend the Scheduling Conference in person due to a longstanding commitment to be in Evanston, Illinois, for his college-age daughter's birthday. Mr. Carey nonetheless would like to attend this initial appearance remotely if the Court will allow it.

Plaintiffs will comply with the Court's direction to appear in person through the attendance of John M. DeStefano, who will act as trial counsel with Mr. Carey and is a partner at the same firm.

Dated: September 18, 2023                    Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Robert. B. Carey*
    Robert B. Carey
    John M. DeStefano

*Attorneys for Plaintiffs*

**WATTEL & YORK**
    David E. Wattel
    Michael L. York

*Attorneys for Plaintiff Muehlhausen*

**TOBLER LAW. P.C.**
    Maren Tobler Hanson

*Attorneys for Plaintiffs Gaytan and Wood*