# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Muehlhausen, et al., | No. CV-22-01747-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

Upon review of the parties' Stipulation for Dismissal Without Prejudice as to Plaintiff Berenice Gaytan,

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 30) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff Gaytan's claims ONLY against Defendant Allstate Fire and Casualty Insurance Company are dismissed without prejudice. This case remains pending as to the other Plaintiffs.

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same with respect to Plaintiff Gaytan.

Dated this 23rd day of October, 2023.

_____
James A. Teilborg
Senior United States District Judge