Robert B. Carey (SBN 011186)
John M. DeStefano (SBN 025440)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
Email: johnd@hbsslaw.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Muehlhausen, an individual, Berenice Gaytan, an individual, Russell Wood, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Fire and Casualty Insurance Company, an Illinois Corporation,<br><br>Defendant. | Case No. 2:22-cv-01747-JAT<br><br>**STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RUSSELL WOOD ONLY**<br><br>(Assigned to the Honorable James A. Teilborg) |

122973051.1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of Plaintiff Russell Wood's claims ONLY against defendant Allstate Fire and Casualty Insurance Company in this matter.

Accordingly, the parties stipulate to the dismissal with prejudice of all claims against Defendant by Plaintiff Wood ONLY with each party to bear its own attorneys' fees, costs of court and expenses.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 17, 2023

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Robert. B. Carey*
    Robert B. Carey
    John M. DeStefano
    11 West Jefferson St., Ste. 1000
    Phoenix, AZ 85003
    Tel:   602.840.590
    Email: rob@hbsslaw.com
    Email: johnd@hbsslaw.com

*Attorneys for Plaintiffs*

**WATTEL & YORK**
    David E. Wattel
    Michael L. York
    2175 North Alma School Rd., Ste. B.107
    Chandler, AZ 85224
    Tel:  480.222.2020
    Email: ME-Maricopa@wattelandyork.com

*Attorneys for Plaintiff Muehlhausen*

**TOBLER LAW. P.C.**
    Maren Tobler Hanson
    4824 E Baseline Road, Ste. 109
    Mesa, AZ 85206
    Tel: 480.898.9700
    Email: litigation@toblerlaw.com

*Attorneys for Plaintiffs Gaytan and Wood*

- 1 -

122973051.1

**DENTONS US LLP**

By: *s/ Monica R. Thompson*
    Monica R. Thompson
    2398 E Camelback Road, Ste. 850
    Phoenix, AZ 85016-9007
    Tel:  602.508.3968
    Email: monica.thompson@dentons.com

*Attorneys for Defendant*

- 2 -

122973051.1