# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Muehlhausen, on behalf of herself and others similarly situated, | No. CV-22-01747-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

Upon review of the parties' Stipulation for Dismissal Without Prejudice as to Plaintiff Russell Wood,

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 32) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff Wood's claims ONLY against Defendant Allstate Fire and Casualty Insurance Company are dismissed with prejudice. This case remains pending as to another Plaintiff.

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same with respect to Plaintiff Wood.

Dated this 17th day of November, 2023.

James A. Teilborg
Senior United States District Judge