Robert B. Carey (SBN 011186)
John M. DeStefano (SBN 025440)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
Email: johnd@hbsslaw.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Muehlhausen, an individual, Berenice Gaytan, an individual, Russell Wood, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Fire and Casualty Insurance Company, an Illinois Corporation,<br><br>Defendant. | Case No. 2:22-cv-01747-JAT<br><br>**STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) FOR DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MORGAN MUEHLHAUSEN <u>ONLY</u>**<br><br>(Assigned to the Honorable James A. Teilborg) |

122973051.1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of Plaintiff Morgan Muehlhausen's claims ONLY against defendant Allstate Fire and Casualty Insurance Company in this matter with the agreement that any and all of Plaintiff Morgan Muehlhausen's individual claims previously pled or arising out of the January 28, 2021 motor vehicle collision (including but not limited to breach of contract and bad faith) may be timely filed or re-filed within six months of the date of this dismissal (without any defense of statute of limitations or laches raised as to any of this Plaintiff's claims).

Accordingly, the parties stipulate to the dismissal without prejudice of all claims against Defendant by Plaintiff Muehlhausen ONLY with the agreement that any and all of Plaintiff Muehlhausen's individual claims previously pled or arising out of the January 28, 2021 motor vehicle collision may be timely filed or re-filed within six months of the date of this dismissal (without any defense of statute of limitations or laches raised as to any of this Plaintiff's claims).

Because the result of this Motion, coupled with the prior dismissal of the claims of the other two individual Plaintiffs, is that all individual claims in this case would be dismissed, Plaintiffs also request the Court to dismiss the remainder of this action under Rule 41, since the class action claims pled herein are preserved in other pending litigation against the Defendant.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 22, 2023

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Robert. B. Carey*
Robert B. Carey
John M. DeStefano
11 West Jefferson St., Ste. 1000
Phoenix, AZ 85003
Tel:   602.840.590
Email: rob@hbsslaw.com
Email: johnd@hbsslaw.com

*Attorneys for Plaintiffs*

- 1 -

122973051.1

**WATTEL & YORK**
   David E. Wattel
   Michael L. York
   2175 North Alma School Rd., Ste. B.107
   Chandler, AZ 85224
   Tel:  480.222.2020
   Email: ME-Maricopa@wattelandyork.com

*Attorneys for Plaintiff Muehlhausen*

**TOBLER LAW. P.C.**
   Maren Tobler Hanson
   4824 E Baseline Road, Ste. 109
   Mesa, AZ 85206
   Tel: 480.898.9700
   Email: litigation@toblerlaw.com

*Attorneys for Plaintiffs Gaytan and Wood*

**DENTONS US LLP**

By: *s/Monica R. Thompson*
   Monica R. Thompson
   2398 E Camelback Road, Ste. 850
   Phoenix, AZ 85016-9007
   Tel:  602.508.3968
   Email: monica.thompson@dentons.com

*Attorneys for Defendant*

- 2 -

122973051.1