# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Morgan Muehlhausen, an individual, Berenice Gaytan, an individual, Russell Wood, an individual, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>Allstate Fire and Casualty Insurance Company, an Illinois Corporation,<br><br>   Defendant. | Case No. CV 22-1747-PHX-JAT<br><br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal Without Prejudice as to Plaintiff Morgan Muehlhausen,

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Muehlhausen's claims ONLY against Defendant Allstate Fire and Casualty Insurance Company are dismissed without prejudice.

**IT IS FURTHER ORDERED** that any and all of Plaintiff Muehlhausen's individual claims previously pled or arising out of the January 28, 2021 motor vehicle collision (including but not limited to breach of contract and bad faith) may be timely filed or re-filed within six months of the date of this dismissal (without any defense of statute of limitations or laches raised as to any of this Plaintiff's claims).

122973053.1

**IT IS FURTHER ORDERED** that since the dismissal of Plaintiff Muehlhausen's claim, coupled with the prior dismissals of the claims of the other two individual Plaintiffs, will result in all individual claims in this matter being dismissed, the remainder of this action is also dismissed and the Clerk of the Court shall close this case, the Court having been advised that the class claims herein are preserved in another pending litigation.

Dated this 28th day of November, 2023.

James A. Teilborg
Senior United States District Judge

122973053.1