# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Muehlhausen, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Allstate Fire and Casualty Insurance Company,<br><br>   Defendant. | **NO. CV-22-01747-PHX-JAT**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 28, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

          Debra D. Lucas
          District Court Executive/Clerk of Court

November 28, 2023

          s/ S. Ferdig
By   Deputy Clerk